UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SHELLI LYNNE J., | Case No. 2:25-cv-01216-NJK |
| Plaintiff(s), | **Order** |
| v. | [Docket No. 1] |
| FRANK BISIGNANO, | |
| Defendant(s). | |

Plaintiff has requested authority pursuant to 28 U.S.C. § 1915 to proceed *in forma pauperis*. Docket No. 1.

There are at least two problems with the application. First, the first page of the application appears to be a photograph with some type-written information superimposed thereon. *See id.* at 1. The information on that page is largely blurred. It is also not clear whether Plaintiff has sworn to the accuracy of all information, including the superimposed information.

Second, Plaintiff attests to having no income, no assets, and no expenses, which is a logistical impossibility. *See Tiffany v. Cannon*, 2023 WL 2876828, at *1 (D. Nev. Mar. 16, 2023). Although Plaintiff notes that she lives with others, *see* Docket No. 1 at 5, she does not identify in her application that she receives gifts or other sources of moneys from these individuals (or anyone else) to sustain herself, *see id.* at 1-2.

Given the circumstances, the application to proceed *in forma pauperis* is DENIED without prejudice. No later than August 4, 2025, Plaintiff must either pay the filing fee or file an amended application to proceed *in forma pauperis*. Plaintiff must ensure that any amended application is complete, including identifying gifts or other sources of income. If Plaintiff continues to attest to

having no income, no assets, and no expenses, Plaintiff must provide a fulsome explanation as to how that is possible.

IT IS SO ORDERED.

Dated: July 14, 2025

_____
Nancy J. Koppe
United States Magistrate Judge